# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

## CASE NO. 21-80005-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**BOBBY LEE EADDY JR.**,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge [ECF No. 17]. On May 24, 2021, Magistrate Judge Lauren Louis held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 25]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 25] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Bobby Lee Eaddy, Jr. as to Count 1 of the Indictment is **ACCEPTED**;

3. Defendant Bobby Lee Eaddy, Jr. is adjudicated guilty as to Count 1 of the Indictment, which charges him with possession with intent to distribute a controlled substance, that is, cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C). In exchange for the Defendant's guilty plea, the United States Attorney's

Office agrees to dismiss Counts 2 and 3 against the Defendant at sentencing [ECF No. 22 (plea agreement)].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 22nd day of June 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record